

FILED

12/29/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0599

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 20-0599

RYAN PATRICK SULLIVAN,

Petitioner,

v.

JIM SALMONSEN, Acting Warden,
Montana State Prison,

Respondent.

FILED

DEC 2 9 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Representing himself, Ryan Patrick Sullivan has filed a Petition for a Writ of Habeas Corpus, indicating many reasons why his incarceration is illegal. He lists his three criminal cases along with various alleged error, such as illegal search and seizure, false statements, and right to speedy trial violation. Sullivan concludes that he should be released from prison because he has served two years of incarceration and eight months on probation and because "[t]ime has been well served."

This Court recently granted Sullivan's Petition for an Out-of-Time Appeal concerning the Yellowstone County District Court's denial of his petition for postconviction relief. *See Sullivan v. State*, No. DA 20-0558, Petition filed Nov. 19, 2020.

Upon review of this Court's docket, we observe that Sullivan has two appeals pending for his recent convictions. Counsel for Sullivan filed a Notices of Appeal on December 9, 2020. *State v. Sullivan*, No. DA 20-0588 (for Yellowstone County Cause No. DC 18-321) and *State v. Sullivan*, No. DA 20-0589 (for Yellowstone County Cause No. DC 19-0829). Under Montana law, Sullivan's petition for a writ of habeas corpus is not a separate proceeding during the pendency of his appeal. An appeal is the proper forum in which to litigate issues arising from his conviction and sentence. *State v. Wright*, 2001 MT 282, ¶¶ 36-37, 307 Mont. 349, 42 P.3d 753. Habeas corpus does not offer an alternative remedy to a direct appeal, nor does it supplement the appellate process.

Without considering the merits, we must dismiss this petition. Therefore,

IT IS ORDERED that Sullivan's Petition for a Writ of Habeas Corpus is DISMISSED without prejudice.

The Clerk is directed to provide a copy of this Order to Tim Fox, Attorney General; to Scott D. Twito, Yellowstone County Attorney; to Chad M. Wright, Appellate Defender Division; to counsel of record, and to Ryan Patrick Sullivan personally.

DATED this **29th** day of December, 2020.

_____
Chief Justice

_____

_____

_____

_____
Justices

2